1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11  BRAYAN MARTIN MEZA,              Case No.  CV 16-5867-FMO (KES)
12                   Petitioner,
13       v.                         ORDER ACCEPTING FINDINGS AND
                                    RECOMMENDATIONS OF UNITED
14  MICHAEL MARTEL, Warden,         STATES MAGISTRATE JUDGE
15                   Respondent.
16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended
18  Petition, the other records on file herein, and the Report and Recommendation of
19  the United States Magistrate Judge.  Further, the Court has engaged in a de novo
20  review of those portions of the Report and Recommendation to which objections
21  have been made.  The Court accepts the findings and recommendations of the
22  Magistrate Judge.
23       IT IS THEREFORE ORDERED that Judgment be entered dismissing the
24  First Amended Petition without prejudice.
25  DATED: February 24, 2017
26                            _____/s/_____
27                            FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE
28