1
2
3                                                   JS-6
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   BRAYAN MARTIN MEZA,                Case No.  CV 16-05867-FMO (KES)
12                   Petitioner,
13        v.                            **JUDGMENT**
14   MICHAEL MARTEL, Warden,
15                   Respondent.
16
17        Pursuant to the Court's Order Accepting Findings and Recommendations of
18   the United States Magistrate Judge,
19        IT IS ADJUDGED that the First Amended Petition is dismissed without
20   prejudice.
21
22   DATED:  February 24, 2017
23
24                                   _____/s/_____
25                                   FERNANDO M. OLGUIN
                                     UNITED STATES DISTRICT JUDGE
26
27
28